UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Cr. File No. 07-388(2) (PAM/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| Houa Vang, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation ("R&R") issued by Magistrate Judge Jeanne J. Graham on Defendant's Motion to Suppress Evidence. Defendant has not filed objections to the R&R in the time permitted.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Suppress (Docket No. 82) is **DENIED**.

Dated:   February 20, 2008

                                                      s/ Paul A. Magnuson
                                                      Paul A. Magnuson
                                                      United States District Court Judge